JINA L. CHOI (Admitted to N.Y. Bar)
SUSAN F. LaMARCA  (Cal. Bar No. 215231)
 lamarcas@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL C. JAIN and STEVEN J. ALLAN,<br><br>Defendants. | Case No.  C-98-2684<br><br>**[PROPOSED]** **ORDER GRANTING SEC'S MOTION TO TURNOVER FUNDS PAID INTO THE COURT TO THE UNITED STATES TREASURY** |

Plaintiff Securities and Exchange Commission (the "SEC") filed an Administrative Motion for an Order directing the Clerk of the Court to pay to the United States Treasury the approximately $3,076 deposited with the Court (on or around March 7, 2013), pursuant to the Final Judgment Imposing Penalties and Disgorgement Against Paul C. Jain and Steven J. Allan, entered June 23, 2005.

Good cause appearing from the SEC's motion and supporting papers, it is therefore ORDERED that the SEC's motion is GRANTED. The Clerk of the Court shall turnover to the United States Treasury the $3,076 deposited into the Court's registry, along with the interest that has accrued to date on that deposit (less allowable administrative fees).

The Clerk of the Court is further authorized to issue a check (or to make other payment by wire, or via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm) to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

The payment shall be accompanied by a letter or other notice indicating that it is made pursuant to this Order in this case.

**IT IS SO ORDERED.**

Dated: May 17, 2016.

APPROVED
Judge William Alsup
United States District Judge

[Proposed] Order Granting Turnover of Funds to Treasury
Civil Case No. C-98-2684

1